NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1262

SIRF TECHNOLOGY, INC., E-TEN CORP.,
PHAROS SCIENCE & APPLICATIONS, INC.,
MITAC INTERNATIONAL CORP.,
and MIO TECHNOLOGY LIMITED, USA,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

BROADCOM CORPORATION and GLOBAL LOCATE, INC.,

Intervenors.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-602.

ON MOTION

Before LINN, Circuit Judge.

## ORDER

Broadcom Corporation and Global Locate, Inc. move without opposition for leave to intervene.

Broadcom and Global Locate were the complainants in the underlying investigation.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the revised official caption is reflected above.

FOR THE COURT

APR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2009

JAN HORBALY
CLERK

cc:  Gregory A. Castanias, Esq.
Daniel Valencia, Esq.
James L. Quarles, III, Esq.

s8